UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/29/2020
```

UNITED STATES OF AMERICA,

              V                     20cr0379 (MKV)

Joval Palmer

MARY KAY VYSKOCIL, United States District Judge:

      The Court has set arraignment of the Defendant and an Initial Conference in this case for Friday, **August 7, 2020 at 9am**. In light of the ongoing COVID-19 pandemic, the proceeding will be conducted via video conference. Members of the public are can use the following dial-in information:

Dial In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated July 29, 2020

New York, New York

                                                MARY KAY VYSKOCIL
                                                United States District Judge