```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

JOVAL PALMER,

                Defendants.

1:20-cr-379-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received a letter from Defendant dated August 13, 2020, describing issues with current and former counsel and requesting that the Court appoint new (third) counsel. Defendant alleges that, after his arrest, former counsel granted multiple time extensions of time to indict without Defendant's consent and that current counsel advised him that it would be frivolous to bring this to the Court's attention.

    The Court has also received a letter from Defendant's current counsel dated August 26, 2020, joining in Defendant's request that the Court appoint new counsel on the ground that he and Defendant have reached irreconcilable differences in counsel's representation, which has led Defendant to cut off communication with him.

    Finally, the Court has received a letter from the Government in response to Defendant's letter dated August 27, 2020, arguing that to the extent Defendant's letter can be construed as a motion to dismiss under the Speedy Trial Act, that motion should be denied.

    Based on the foregoing, it is HEREBY ORDERED that current counsel is relieved of his duties and new counsel for Defendant shall be appointed through the CJA panel. After having had an opportunity to confer with Defendant, newly appointed counsel should advise the Court in a

letter filed on ECF whether Defendant seeks to file any motions and, if necessary, contact chambers to schedule a conference.

**SO ORDERED.**

**Date:  August 31, 2020**
      **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**