**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :          **ORDER**
                                    :
JOVAL PALMER                        :
                                    :          20-cr-379
                                    :          Docket #
                                    :
------------------------------------x


__MARY KAY VYSKOCIL__, **DISTRICT JUDGE:**
     Judge's Name

The C.J.A. attorney assigned to this case
__William J. Stampur__ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to __John Meringolo__ .
                         Attorney's Name

                              **SO ORDERED.**

                              _/s/ Mary Kay Vyskocil_
                              **UNITED STATES DISTRICT JUDGE**


        August 31, 2020
**Dated:   New York, New York**