UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-

        **Joval Palmer**          ,
                    Defendant.

----------------------------------------------------------------X

**<u>WAIVER OF RIGHT TO BE PRESENT</u>**
**<u>AT CRIMINAL PROCEEDING</u>**

20 -CR- 379 ( ) ( )

**<u>Check Proceeding that Applies</u>**

_____   Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:     _____      _____
                    Print Name                                           Signature of Defendant

_____   Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____        _____
           Print Name                                     Signature of Defendant

<u>X</u>      Conference

I have been charged in an Indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this Indictment that are held by a Judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the Judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be present at the conference on October 26, 2020.  By signing this document, I wish to advise the Court that I willingly give up my right to be present at the conference in my case on October 26, 2020, as access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the conference even though I will not be present.

Date: 10/26/2020   **Joval Palmer**                <u>Verbal consent given by defendant</u>
                   Print Name                      Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:         **John Meringolo**                    *[signature]*
**10/22/2020**   Print Name                        Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date: _____
Signature of Defense Counsel

**Accepted:** *Mary Kay Vyskocil*
Signature of Judge
Date:  10/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

     **Joval Palmer**,
                Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 379 ( ) ( )

Defendant ___**Joval Palmer**___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_  Preliminary Hearing on Felony Complaint

\_\_\_  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

\_\_\_  Misdemeanor Plea/Trial/Sentence

Verbal consent given by defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

**Joval Palmer**
_____
Print Defendant's Name

**John Meringolo**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_10/26/2020_
Date

_____
U.S. District Judge/U.S. Magistrate Judge