UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

Joval Palmer       ,

            Defendant(s).

-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 379 (__) (__)

Defendant  Joval Palmer  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

✓  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

Verbal Consent given
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Joval Palmer
_____
Print Defendant's Name

_____
Defense Counsel's Signature

John Meringolo
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/3/21
_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge