USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  -against-<br><br>JOVAL PALMER,<br><br>         Defendant. | 1:20-cr-379-MKV<br><br>TRIAL<br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  On February 3, 2021, the Court held a status conference in this matter. The parties represented that they anticipate proceeding to trial. The Court explained that, because of restrictions due to the Covid-19 pandemic, judges must request dates to schedule jury trials, and the Clerk's Office creates a trial schedule for each quarter. In an Order dated February 3, 2021, the Court tentatively scheduled a trial in this matter for June 14, 2021, and, with consent, excluded time under the Speedy Trial Act until that date. [ECF No. 44.]

  The Clerk's Office has informed the Court that it has been allotted the dates May 19, 2021, through May 25, 2021 for the trial of this case. Accordingly, IT IS HEREBY ORDERED that the trial of this case will begin on May 19, 2021.

  IT IS FURTHER ORDERED that the parties shall consult Chief Judge McMahon's Second Amended Standing Order, dated February 16, 2021, regarding Restrictions to Entry to Courthouse, 21-mc-164.

  IT IS FURTHER ORDERED that, if they reach a resolution of the charges against Defendant, the parties shall promptly file a joint letter informing the Court that they no longer intend to proceed to trial, so the Court can inform the Clerk's Office that the dates allotted for the trial of this case may be reassigned to another case awaiting trial.

IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on April 19, 2021, at 10:00 AM. The conference will be conducted remotely by videoconferencing on CourtCall. The Court will post dial-in information for members of the public before the conference.

**SO ORDERED.**

**Date:  March 2, 2021**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**