**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2021

| | |
|---|---|
| **BY ECF**<br>The Honorable Mary Kay Vyskocil<br>United States District Judge<br>Southern District of New York<br>Daniel Patrick Moynihan U.S. Courthouse<br>500 Pearl St.<br>New York, NY 10007 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/11/2021 |

　　　Re:　**United States v. Palmer**, 20 Cr. 379 (MKV)

Dear Judge Vyskocil:

　　The Government respectfully requests, with the consent of the defense, a brief extension of the briefing schedule for the pending defense motions, such that the Government's opposition, currently due March 12, 2021 (Friday), is instead due on March 15, 2021 (Monday), and the defense's reply deadline is likewise extended from March 19, 2021 to March 22, 2021.

　　The undersigned is also responsible for trials scheduled to commence on March 30 and April 14 and, given pretrial deadlines in those other matters, would appreciate the brief extension in this matter.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　AUDREY STRAUSS
　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　Southern District of New York

　　　　　　　　　by:　　/s/ Jun Xiang
　　　　　　　　　　　　Jun Xiang
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　(212) 637-2289

**CC**
John Meringolo, Esq. (By ECF)

---

**Granted. SO ORDERED.**

Date: 3/11/2021　　　　　*Mary Kay Vyskocil* (signature)
New York, New York　　　Mary Kay Vyskocil
　　　　　　　　　　　　United States District Judge