

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2021

**Request to Be Filed Under Seal**

**BY ECF/Email**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2021

Re:   **United States v. Palmer**, 20 Cr. 379 (MKV)

Dear Judge Vyskocil:

The defense has requested that the Government file a redacted version of its March 15, 2021 opposition brief (Doc. No. 54), with the unredacted brief to be maintained under seal, ▌

The Government has no objection to that request, ▌ The redactions at issue—which the Government has emailed to chambers—are very limited and will not impair the public's ability to understand most of the arguments advanced in the Government's opposition brief. Accordingly, the Government respectfully seeks the Court's leave to file a redacted version of the brief on ECF and to accept the previously filed brief under seal.

In marking the proposed redactions, the Government discovered a typographical error as to a date on page 13 of the brief: "August 27, 2019" should read "August 22, 2019." In the event the Court permits the Government to filed a redacted brief, the Government respectfully requests leave to make this correction. Defense counsel does not object.

Finally, the Government respectfully requests leave to file this letter in redacted form on ECF ███████████████████████████████████████

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

by:    /s/ Jun Xiang
        Jun Xiang
        Assistant United States Attorney
        (212) 637-2289

**CC**
John Meringolo, Esq. (By ECF/Email)

---

The Court GRANTS the Government leave to file the redacted version of the opposition brief on ECF and to correct the typographical error in the brief described above.

Unredacted versions of this letter and the opposition brief shall be kept under seal.

SO ORDERED.

Date: 3/17/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge