UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021
```

UNITED STATES OF AMERICA,

                   Plaintiff,

-against-

JOVAL PALMER,

                   Defendant.

1:20-cr-379-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the pretrial conference scheduled for April 19, 2021, at 10:00 AM is adjourned to May 4, 2021, at 9:00 AM. The conference will be conducted remotely by videoconferencing on CourtCall. The Court will post dial-in information for members of the public before the conference.

**SO ORDERED.**

**Date: April 12, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**