**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   4/20/2021 |

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2021

The Court adopts the parties' proposed deadlines.  The parties shall provide joint requests to charge and note whether there are any disagreements.  The final pre-trial conference scheduled for May 4, 2021, at 9:00 AM will proceed as scheduled.  The parties should be prepared to discuss all trial-related matters and logistics.  SO ORDERED.

Date:  4/20/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joval Palmer, 20 Cr. 379 (MKV)**

Dear Judge Vyskocil:

As the Court is aware, trial in the above-captioned case is scheduled to begin on May 19, 2021.  In advance of trial, the Government, jointly with defense counsel, respectfully proposes that the Court enter the following schedule for the parties' pre-trial filings:

- April 30, 2021 – deadline for requests to charge; motions in limine; voir dire; verdict form
- May 7, 2021 – deadline for responses to motions in limine

The parties would also propose rescheduling the final pre-trial conference, currently scheduled for May 4, 2021 at 9:00 a.m., for the week of May 11, 2021, in order to permit the Court to consider any motions in limine in advance of such conference, should the Court wish to do so.

Additionally, the parties can provide either individual or joint requests to charge, whichever is the Court's preference.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by:    /s/ Kaylan E. Lasky
Kaylan E. Lasky / Alexandra Rothman
Assistant United States Attorneys
(212) 637-2315 / 2580

cc: John Meringolo, Esq. (By ECF)

06.20.2018