UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Joval Palmer                    ,

                    Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

20____ -CR- 379 _____ (__) (__)

Defendant Joval Palmer _____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

X                    Felony
___ ~~Misdemeanor~~ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Joval Palmer
_____
Print Defendant's Name

_____
Defense Counsel's Signature

John Meringolo
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/29/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge