UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/21
```

UNITED STATES OF AMERICA,

        -against-

JOVAL PALMER,

        Defendant

1:20-cr-00379 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Sentencing for Joval Palmer is scheduled for 8/31/2021 at 10:00 AM before Judge Mary Kay Vyskocil. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

    The public and interested parties may join by dialing 888 278-0296, using access code 5195844.

**SO ORDERED.**

**Date: August 25, 2021**

*Mary Kay Vyskocil* (signature)
MARY KAY VYSKOCIL
United States District Judge