UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021
```

UNITED STATES OF AMERICA,

                Plaintiff,

           -against-

JOVAL PALMER,

                Defendant.

1:20-cr-379-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received the Government's sentencing submission and letter request, reportedly made at the behest of Defendant, for leave to file a redacted version of its sentencing submission on the public docket. Having reviewed the proposed redactions, the Court GRANTS the Government leave to file redacted versions of its sentencing submission and letter request on the public docket.

    The Court has also received Defendant's sentencing submission filed on the public docket [ECF No. 82] and Defendant's two supplemental submissions and the attached exhibit filed under seal without prior authorization but with a request that they be sealed. Having reviewed the supplemental submissions and the attached exhibit, the Court GRANTS Defendant's request to keep these documents under seal. Defendant is directed to carefully review his publicly filed sentencing submission and if appropriate, request redactions of information contained therein.

**SO ORDERED.**

**Date: August 26, 2021**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**