```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOVAL PALMER,

                Defendant.

1:20-cr-379-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from Defendant filed on September 14, 2021. [ECF No. 94]. Counsel for Defendant is directed to meet with Defendant and report to this Court on or before September 30, 2021 whether Defendant seeks the Court to construe the letter as a Motion to Reduce his Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).

**SO ORDERED.**

**Date:** September 16, 2021
       New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**

1